**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

OPUS ONE CORPORATION D/B/A CONTEST FACTORY,
Plaintiff,
v.
WISHPOND TECHNOLOGIES, LTD.,
Defendant.

WISHPOND TECHNOLOGIES, LTD.,
Counter-Plaintiff,
v.
OPUS ONE CORPORATION D/B/A CONTEST FACTORY,
Counter-Defendant.

Case No. 8:24-cv-01311-CV (KESx)

**JUDGMENT**

Judgment is hereby entered in accordance with the Court's Order Granting in Part, Denying in Part, Plaintiff and Counter-Defendant Opus One Corporation, d.b.a., Contest Factory's ("Plaintiff") Motion to Enforce Settlement (Doc. # 83).

It is **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant and Counter-Plaintiff Wishpond Technologies, Ltd. ("Defendant," and with Plaintiff, the "Parties") in the amount of the settlement sum of One Hundred Twenty-Five Thousand Dollars ($125,000.00).

It is **FURTHER ORDERED** that Plaintiff's Claim of Patent Infringement (see Doc. # 1 ¶¶ 38–52) is DISMISSED WITH PREJUDICE, and Defendant's counterclaims (see Doc. # 30 ¶¶ 53-80; *id*. ¶¶ 81-85) are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE